UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES R. SNOW, )
)
        Plaintiff, ) CASE NO.  C07-1983-MJB
)
    v. ) ORDER
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
        Defendant. )
_____)

    Plaintiff's application to proceed *in forma pauperis* is GRANTED.  Plaintiff does not appear to have funds available to afford the $350.00 filing fee.  Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security, therefore:

    (1)    The Clerk is directed to send a copy of this Order to plaintiff's counsel, and to issue summonses to plaintiff's counsel to enable proper service of the complaint on the appropriate parties.  **It is Plaintiff's responsibility to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

    (2)    The Clerk is directed to send to parties a copy of the Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge.

    DATED this 26th day of December, 2007.

                            /s/ M. Benton
                            MONICA J. BENTON
                            United States Magistrate Judge

ORDER - 1